# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| T. MATTHEW PHILLIPS,<br><br>          Plaintiff,<br><br>vs.<br>JUDGE VINCENT OHCOA, in his honor's official capacity as judicial officer; Clark County, State of Nevada,<br><br>          Defendants. | 2:20-cv-00272-JAD-VCF<br>**ORDER** |

Before the court is pro se Plaintiff T. Matthew Phillips' Motion For Pro Se Filer To File Electronically (ECF No. 3).

Accordingly, and for good cause shown,

IT IS ORDERED that pro se Plaintiff T. Matthew Phillips' Motion For Pro Se Filer To File Electronically (ECF No. 3) is GRANTED with the following provisions:

1.      On or before February 21, 2020, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures that are accessible on this court's website under the Local Rules Part IC-Electronic Case Filing.

2.      Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3.      Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 10th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE