AARON D. FORD
   Attorney General
Steve Shevorski (Bar No. 8256)
   Chief Litigation Counsel
Sabrena K. Clinton (Bar No. 6499)
   Deputy Attorney General
Kiel B. Ireland (Bar No. 15368C)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3783 (phone)
(702) 486-3773 (fax)
kireland@ag.nv.gov

*Attorneys for Defendants
the Honorable Vincent Ochoa
and the State of Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| T. MATTHEW PHILLIPS,<br><br>          Plaintiff,<br><br>vs.<br><br>JUDGE VINCENT OCHOA, in His Honor's Official Capacity as Judicial Officer; CLARK COUNTY; THE STATE OF NEVADA; and DOES 1 - 10,<br><br>          Defendants. | Case No.  2:20-cv-00272-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS (FIRST REQUEST)** |

Plaintiff T. Matthew Phillips, pro se, and Defendants the Honorable Judge Vincent Ochoa and the State of Nevada, by and through their undersigned counsel of record, stipulate and agree that the time for Mr. Phillips to file an opposition to motion to dismiss shall be extended from April 23, 2020 to May 7, 2020.

## Reason for Extension

Defendants filed errata to their motion to dismiss, motion to stay discovery, and opposition to Mr. Phillips' motion for preliminary injunction.  The parties agree to allow

. . .

Mr. Phillips an extension of time to respond to these briefs in light of the errata filed by Defendants.

This stipulation is made in good faith and not for the purpose of delay.  This is the first extension of time requested by Mr. Phillips.

DATED this 22nd day of April, 2020.

AARON D. FORD
Attorney General

By:   /s/ Steve Shevorski
Steve Shevorski (Bar No. 8256)
Chief Litigation Counsel
*Attorneys for Defendants the Honorable Judge*
*Vincent Ochoa and the State of Nevada*

DATED this 22nd day of April, 2020.

By: /s/ T. Matthew Phillips
T. Matthew Phillips
*In propria persona*

IT IS SO ORDERED:

Dated: April 23, 2020.

_____
U.S. DISTRICT JUDGE